IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BILLY WAYNE GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:23-cv-00056-KAC-JEM |
| v. | ) |
| | ) |
| CNH INDUSTRIAL AMERICA LLC, | ) |
| | ) |
| Defendant. | ) |

## SECOND JOINT STATUS REPORT

Pursuant to this Court's Order Staying Action entered on December 12, 2023 ("December Order"), and this Court's Order For Status Report (Doc. No. 22) filed on May 7, 2024, the Plaintiff Billy Wayne Green ("Green") and the Defendant CNH Industrial America LLC ("CNH"), by and through their respective counsel, hereby submit the following joint status report, and state as follows:

1. The parties timely exchanged Rule 26 Initial Disclosures

2. On June 6, 2023, CNH served its Frist Set of Interrogatories, Requests for Production, and Request for Admissions to Green.

3. On July 7, 2023, Green served his discovery responses to CNH.

4. On July 17, 2023, Green served his Expert Disclosure

5. On August 9, 2023, the parties jointly moved for an extension of time to fully engage in settlement discussions, complete discovery, and conduct a product inspection.

6. On September 25, 2023, CNH conducted a product inspection of the subject tractor.

7. On November 10, 2023, CNH deposed Green.

1

8. On December 7, 2023, the parties filed a joint motion for an extension of time to fully engage in settlement negotiations.

9. On December 13, 2023, this Court entered its December Order staying the action until March 7, 2024.

10. On May 7, 2024, this Court entered an Order requesting a joint status report.

11. The parties have engaged in good-faith negotiations to resolve this matter, and currently have discussed the concept of a potential agreement but have not agreed upon the final terms.

12. Additional time would be beneficial from an economic efficiency perspective to determine if resolution is possible considering the potential agreement that the parties have discussed.

13. The parties thus request an additional sixty (60) days from the date of this Court's Order, or July 7, 2024, to complete the settlement. The parties will file an additional joint status report on or before July 7th. If the settlement is not completed by then, the Court may issue a new scheduling order with a new trial date.

STATUS REPORT SUBMITTED BY:

/s/ Mark E. Brown
Mark E. Brown (BPR #021851)
MENEFEE & BROWN, P.C.
2633 Kingston Pike, Ste. 100
Knoxville, Tennessee 37919
Phone: (865) 357-9800
Fax: (865) 357-9810
mbrown@menefeebrown.com

*Attorney for Billy Wayne Green*

/s/ Hannah-Catherine Lackey
Hannah-Catherine Lackey (BPR #039345)
FROST, BROWN, TODD, LLP
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
Phone: (615) 251-5556
Fax: (615) 251-5551
hlackey@fbtlaw.com

*Attorney for CNH Indistrial America, LLC*

LR06631.0765947   4866-0042-8479v1